Good morning, your honors. Joanna Schiavone on behalf of the appellant Albert Lucero. I'd like to reserve two minutes for rebuttal But I will watch the clock. Okay, may it please the court So the briefing obviously raised two issues in this case the Bruton error and the sufficiency of the evidence issue regarding the Weapon charge, but I'm going to focus my argument today subject to the court's questions I'm going to focus on the Bruton error and specifically the harmless Harmless error or the prejudice aspect of that argument. So Turning to the prejudice piece the error was not let's start with a question on the Bruton issue of Why this is covered by Crawford. I don't see why it is I'm sorry, your honor. Why is this Bruton error given Crawford's focus on testimonial? Well, I think the really important point here Your honor is that it wasn't litigated in the in the in the trial court as you know Because the because essentially the government the prosecutor was litigated in a trial court which trial court in the state trial court It wasn't does that matter the the Crawford piece of the issue? I know it wasn't but I'm asking if that matters. It does matter and I think for two important reasons One is that the prosecutor in the case specifically argued that or essentially conceded arguing that it was it was a Bruton error to admit the wheel of this testimonial statement by the Codefendant without redaction and And made that argument very forcefully to the court that if if it was redacted in the way that was offered at trial Well, that's all true. But now we're in federal habeas and we have to find a federal constitutional error And do we do you have any case law? For the proposition that we apply some form of waiver to the government I mean, it's really an argument for exhaustion by the government I mean, it doesn't seem fair. Yes, but is there any case law? No as far as I know well I think your honor that that the doctrine of judicial estoppel and the doctrine of waiver could both and should both apply here given the forceful nature of the Argument below and that it wasn't litigated the Don't we have to apply Crawford though? This court has to apply Crawford Does it not the court certainly has to apply Crawford your honor? But the court can make a can can reach the conclusion that that the that it was essentially a conceded point Below and I think that both the doctrines. Oh, that's the problem. It wasn't below. It was in the just state court State court isn't below Yes in the original proceedings I should say and so Essentially that that claim was never litigated and I don't think the government claims that it was ever litigated it within the California courts And so it does okay I think any requirement that it be litigated in the California courts in order or can we grant habeas on the ground that it wasn't? Litigated in the California courts. Do you have any support for that proposition? The support your honor is turning to the doctrines I think of judicial estoppel and of waiver and that judicial estoppel requires that they have gotten some advantage from this What advantage should they get the advantages advantage didn't get an advantage the advantage? Obtained was that throughout the trial in the argument to the to the original trial court and throughout the trial the prosecutor argued and frankly claimed to the jury that it was a Testimonial statement by the co-defendant and argued that to the to the trial court in order to obtain Admission of the wheel itself and argued that point to the jury very forcefully in in in Supporting the persuasive value of the evidence, which I think there's no Testimonial in the sense of Crawford though was it it was in the sense of Crawford that it was prepared in anticipation of testimony or for Some kind of law enforcement or court use. Well, your honor. I think under this courts precedent In terms of the testimonial question that the case that that I cited as far as I actually is very useful on this point to your to your point about testimonial that was the case in which the The evidence at issue was a statement given to the DMV and the the investigation into that offense It was related to the sale of a car and an underlying offense there But the statement that was submitted to the DMV a government agency was submitted while an investigation was going on It wasn't submitted to a government agency and it was a DMV pursuant what it to the DMV But in this case, it wasn't submitted to a government agency and moreover. It wasn't Part of an investigation by any government agency Well, I think the important fact from as far as I your honor in addition to it having been it submitted to the to the government Agency was it wasn't solicited by the government It was it was simply prepared by the seller of the car in the same way I think analogous to this case that the wheeler was written by someone After the investigation had already begun Distinction that in as far as you're talking about preparing something for a government agency Everyone knew that was the purpose of that here. This was prepared as an inter Agency memo for a gang there was never any anticipation that it was going to be used for the government before an investigation So I'd like you to address how would it meet Crawford even if you don't think that we have to apply Crawford How would the wheeler that was prepared by a gang member meant to be sent to another gang member? How is that? Prepared in anticipation of testimony So your honor turning again back to the to the point that the investigation had been concluded. I mean had it been initiated the Immediately after the assault in this case. It was investigated evidence was collected from the gang members clothing was taken the quarters were Evaluated investigated search for weapon was conducted. And so the the analogy I guess I would make under it being testimonial is that even though it wasn't solicited by the government I will concede that point. It certainly was not it was prepared by a purported gang member Neither was the statement in as far as a solicited by the government And so the point I think that the most analogous fact I can Pull from Esparza is that the investigation was ongoing the gang members or purported gang members all knew the investigation was ongoing it was prepared and then Identified and found during the search that was conducted the following day by deputy Teso So that's that's the the where I would say that it's testimonial in addition to the fact that the government in the original state court proceedings argued very persuasively and So that's the the most analogous point I can offer your honor on Esparza under the the Crawford doctrine The other thing I would point out is that Crawford is a 2004 decision and even the subsequent cases in the Supreme Court the the Michigan case of E Bryant that was all adjudicated in 2006 the trial in this case didn't happen until 2007 the Appellate proceedings took place in 2009 that doctrine was very well established And again, I would turn back to the point that none of the arguments were raised in the original trial court And having the chance to litigate that below So I hopefully I've answered to the best of my ability your question your honor Well, do you agree that if Crawford if under Crawford that it was not an error to utilize this statement? That there would have been no error If I'm sorry The question is if under if you conclude that it was not testimonial as defined under Crawford Then I think that that the that is certainly a significant barrier to the to the Bruton claim because we know under this courts jurisprudence and under the Supreme Court jurisprudence that Those doctrines are intertwined that Bruton must comply with the Crawford doctrine testimonial versus non-testimonial So yes, I would I would concede that point if you find that as a legal matter overcoming both judicial estoppel Estoppel and waiver in this case, which I think there are very strong Factual bases to exercise this court's discretion and apply those doctrines Could you address the shank question a bit The other issue in the case. Yes the Jackson issue So with respect to the sufficiency of the evidence That the on count three with respect to the possession of the weapon, you know Our argument is that no rational jury could have found absent a wheel evidence That there was possession of a shank the under California law which applies in terms of the constructive possession doctrine There was there was no evidence Of that constructive possession the I think this is constructive possession you write in your brief as if it is Essentially accomplished liability or something like that. Is that constructive possession in other words? the brief reads as if if There was some agreement that this shank would be used among the three or four of them Then that was constructive possession. Is it constructive possession under California law requires knowing control? It's a control question. And so it's control over the particular use of the shank. Is it enough that that That a bunch of people get together and agree that somebody is going to use a shank It that's where your brief reads, but I'm not at all sure that's what constructive possession Exercise of control or the right to control Whatever the object is, so if it's drugs or a weapon, it's it's knowing control or the right to control it So so you have so there's a difference between a Constructive position that says I Can take this shank and use it It's my constructive position, even though I don't have it net right now Or I know it's somebody else's and I know that person's going to use it, but I'm going along with it So which one is it or I always doing it on my behalf is that constructive possession It makes a difference and and there was no briefing on this question So the way that this is treated As I read the California cases and and having litigated and issues similar to this again It really focuses on control and it's not so much the theoretical question about a group agreeing It's not the same thing as an agreement a conspiracy or accomplice liability or something like that with some over Your brief reaches if it is so if it isn't what it tells how this case reads if it's something more different than that So for example And the most analogous a case I can think of is in a drug situation if it's underneath the seat in the car I'm sorry, you're talking about people versus how yeah So if it's if it's underneath the seat of a car, but it's out of reach similar with a gun with it with drugs but if they have exercise control over that automobile then the then Courts have found that they're exercising control over whatever that object is but here again, the evidence is so thin because it really the only evidence of this is this inferential evidence about the nature of the injuries and then the one statement in the wheel itself about about it being flushed the the shank essentially being flushed and so There's no evidence to make that logical leap of a dominion or control Over something that there is such flimsy evidence even existed. I hope that answers your question What about the expert testimony that it was a policy of the gang to keep? weapons at the ready and that they would have known that again, your honor, I would turn back to the the fact that the entire of that testimony given by deputy Teso was tied specifically to each statement in the wheel ah and that his the testimony he offered that Removals often are fatal if they involve quote-unquote degenerate acts again. It was all tied to to the wheel itself and and so the argument is our position is that's that's not enough to prove the element of Dominion or control over the object itself that that is highly disputed ever existed So I'll thank you. I know I've gone over my time. So if the court will allow me one minute, I will allow you one minute Thank you With regard to the first issue the Simply put habeas is meant to guard against extreme malfunctions in the tell us who you are. Oh, I'm sorry It was Martinez appearing for the people And with regard to the first issue Habeas is meant to guard against extreme malfunctions in the community explanation for why this case on Folded as it did ie why it was that everybody Was convinced in the district in the trial in the state court that this was a Contractor to take a Bruton problem apparently and it would be interesting to know why I Could only offer speculate that there's a lot of people It's the prosecutor or the defense and the judge and everybody else. I I could only offer speculation your honor the first California authority, I'm aware of that specifically ties Bruton to Crawford. I believe I'm sorry I didn't hear you the first one the first California authority that I'm specifically aware of California as opposed to federal courts that I'm that specifically tied Crawford to Bruton Would have been in 2011 Well that cuts the opposite direction. I'm sorry that cuts in the opposite direction In other words why when this case was tried was everyone treating this as a Crawford problem Well, there's a Bruton problem right and and they would have not I mean your notion Is that people thought Bruton was something other than Crawford was covered by some a set of rules other than the Crawford rules I that would be I could only California possibly have a different confrontation clause understanding than Under its own constitution. Well, no, I mean we all follow the Constitution your honor. Well, excuse me There is a state constitution and there are many instances in which the state constitution is different And I'm asking you whether it could be true in this instance. Oh more protectively I'm not aware of any difference between the state and federal confrontation clauses your honor With regard to this. All right. Well, go ahead. I Sort of is testimonial it's just within the gang rather than to the government I mean it was a testimony given to the gang members right for their own internal governance purposes apparently You might look at as a business record your honor. I wouldn't look at it as testimonial under Bryant simply because it wasn't procured with the contemplation that it would or for the primary purpose of being used as a substitute for In But within within the gang Rather than in the larger society right within the gang, but that has nothing to do with whether it was Contemplated be presented in the court of law, which is what well, how about the as far as the case? Was that contemplated to be used within court of law? Maybe it was because of the timing of it But it didn't other than that. It was just a routine Administrative Document and if it had been in a routine administrative document, it may very well not have come under Crawford however, the circumstances in as far as there are quite different because they the person who prepared this form or the Party who owned the car had already been given notice true, but the document was just an ordinary Administrative governmental administrative document right that then millions of people fill out every day for non-testimonial purposes But given the the context of it All right. Thanks With regard to the second issue, it's clear in the California law that two people can Possess an item at the same time. And of course, that's true. No, there's a lot of problems a this item Is pretty ephemeral that it even existed right Taken together I would disagree with Ephemeral in the sense that we have injuries plus we have testimony. We have injuries which the only Injury is there was a puncture wound. Nobody ever said it was necessarily And it was very superficial and it didn't require any It just scabbed over and we know that he was hit in the chest so I don't know why it necessarily has anything to do with a Shank, but moreover if one person this is what I was asking before if one person has a shank Why does that mean that another person has Okay, I understand he could have control over it. But why does that give rise to the notion that he did have control of it? Well, I think first of all with regard to the injuries It's not just a puncture mark. We also have the slice marks Well, excuse me, but skip the injuries and it's nothing to do with whether or not this person had knowledge and intent To possess that weapon. He has to have that doesn't he? Well, he does what proof was there that he did we have the gang experts testimony that This weapon that was used at that time what proof is there what would be the proof again, first of all, they were all involved in the Removal that's clear from the circumstances where they invite invite them to this card game This is why I'm trying to understand what the constructive possession means if one person has a shank and They all get together and they say we're gonna have this attack and this is and the guy says well look This is my shank and I will use my shank, but I'm not letting anybody else use my shank But I'll use my shank to the other people have possessed have constructive possession of his shank I would say under those specific circumstances. No, however, what evidence do we have that those people had? He had a shank and he used it let's assume that for this purpose and that they Agreed he was going to use it suppose. All that is true. Why do they have constructive possession of his shank? All gang members are supposed to have access to weapons. That's different But that's a different weapon. They're each supposed to have a weapon He didn't have a but there's no evidence that he did So we're not talking about some other weapon that he may have had control that he may have had possession of that's his weapon We on that theory you could arrest any Gang member or anywhere for having a weapon because they're supposed to have a weapon We have no evidence of that that weapon the one that was his weapon well, they were sort of Using that analysis. We're taking evidence apart if we put that's what one does when one tries to figure out what whether there's evidence or something But another question would be are you saying that the only evidence that was in the record regarding any knowledge or intent To use a shank would have been the expert testimony that gang members in general Would keep weapons is that what you're saying was the only evidence that mr. Lucero had knowledge and intent and the ability to have access and control of this shank Is that the only evidence I? Disagree with that your honor simply because I'm asking you is that the only evidence is that the only evidence? If that's not the only evidence what other evidence is there? No, and the answer is we have the coordinated nature of this attack Where all three defendants get together they have this ruse of this card game They all end up attacking them the inferior when you draw that with the gang experts testimony and look at all that evidence So so so in your view, and this is what I'm trying to understand Constructive it is constructive possession if one per if they get together and they agree that one person Is going to use that person's shank? to attack this person I Don't know if it's right or wrong because no one's really told me what constructive possession is under California law, but that that's your understanding It doesn't matter whether this whether Lucero himself had any Authority to either use the shank or to tell the other guy how to use the shank as long as the other guy was Using it as part of a joint attack well, no, I Minus in California law is that there has to be some ability to exercise this Possession. All right So what is the evidence of that as opposed to the fact that they agreed that this other guy was going to use his shank? in his way to do this and And actually let me backtrack on that answer your honor because we also have Aiding and abetting liability on this case Which was instructed on so but that's different. That's not how you got to this to the Constructive possession of the shank. That was a separate count with separate Separate conviction, right? I Don't know that it was I Honestly haven't briefed that but I do know that the jury was instructed on aiding and abetting and said that Do you think he would have been convicted of aiding and abetting the constructive possession of exact possession of a shank? I would think so. Well even so he has to have intent and knowledge To exercise Dominion and control over the weapon and I've asked you before if there's anything other than the expert testimony You said it was the coordinate nature of the attack, but that goes to an attempt to attack It doesn't go to an attempt or an intention to possess a weapon What evidence do you have that this? Defendant had the intention and the knowledge to possess a weapon Yeah, it would be the nature of the attack plus the expert testimony All right, thank you. Okay. Your time is up. Thank you very much. I'll give you one minute in rebuttal Very briefly on the first point I'd just like to point the court to two areas in the briefing that I think will be helpful with respect to the 32 I cite the prosecutor's language in To the jury where the prosecutor said bingo right there a testimonial in writing from Armando soldier Lopez premeditated attempted murder That's at AOB 32 and then in the reply The prosecutor we cite the evidence that the prosecutor characterized it as a quote-unquote first-person narrative By Lopez which was an admission by him quote-unquote. I I did this that's how the prosecutor characterized it's true now my understanding is that if after the You know after a murder somebody goes to their girlfriend and says I did this and tells them in great detail what happened That is not testimonial Under the the law as I understand it your honor that it depends again as we discussed on the circumstances So for example, there are the cases. I think it's the Davis case Where there is a domestic abuse situation and it's an interview right by by officers in that situation The question is the husband and wife are separated. I'm not talking about that I'm talking about somebody just goes up to that, you know and feels terror, you know It's all upset and just tells what happened And I understand that your honor and I think it all ties back to the point you were making in that's a narrative I mean it doesn't I Think it goes ties back into the point below that this Everyone agreed and the prosecutor strongly characterized it again as a first-person narrative as a quote-unquote Testimonial admission by the co-defendant and I think that that the question is whether or not it was testimonial at the time It was made at the time. It was made not the time. It's later offered in trial Of course when it's offered in trial, it has a testimonial Purpose to it that this is whether the party who made the statement and the other party was making it to that that was part of Anticipated testimony or not. And again, the the closest analogy I have is the as far as a case where the investigation had already been Initiated just as this case the statement was made unsolicited by the government just as this case So those are the I think the two most analogous facts your honor to that point. All right. Thank you. Thank you very much Thank you both for your argument interesting case Submitted we'll go to Alvarez or a Tito versus sessions
judges: Berzon, Bea, Berg